**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LUIS RAFAEL TOVAR ROJAS,

Petitioner,

v. No. 1:26-cv-03171-MLG-JMR

TODD BLANCHE, U.S. Attorney General; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD LYONS, Acting Director, Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, El Paso Field Office and Customs Director, Immigration Enforcement; and JEFFRY FIKES, Warden, Cibola County Detention facility,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner Luis Rafael Tovar Rojas's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. A hearing on the Petition was held October 30, 2026. *See* Doc. 7. Having considered the Petition and being otherwise fully informed, the Court finds that it is not well taken and should be denied. *See* 8 U.S.C. § 1226(e) ("The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the . . . denial of bond or parole."); 8 C.F.R. § 1003.10(a) (noting that immigration judges are appointed by the Attorney General to "act as the Attorney General's delegates in the cases that come before them"). For the reasons stated on the record during the October 30, 2026, hearing, the Court denies the Petition.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA